Argued and submitted April 27, reversed and remanded for reconsideration in part; otherwise affirmed May 25, 1994

In the Matter of the Marriage of

Theresa Paddock HENRY,
*Appellant,*

*and*

Thomas Paul HENRY,
*Respondent.*

(91-8-394; CA A77777)

877 P2d 1204

Mark A. Johnson argued the cause for appellant. With him on the brief was Finding & Johnson.

No appearance by respondent.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration of child support. *Ainsworth and Ainsworth,* 114 Or App 311, 835 P2d 928 (1992); otherwise affirmed. Costs to mother.